1 Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
2 Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Suite 400
3 Las Vegas, Nevada 89169
Tel: (702) 978-4249
4 Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
5
6 Beth-Ann E. Krimsky, Esq.
*Pro hac vice pending*
7 Greenspoon Marder LLP
200 E. Broward Blvd., Suite 1800
8 Fort Lauderdale, FL 33301
Tel: (954) 527-2427
9 Fax: (954) 333-4027
10 beth-ann.krimsky@gmlaw.com
*Attorneys for Defendant Empower Group Partners Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM GABRIELLE,<br><br>      Plaintiffs,<br>v.<br><br>EMPOWER GROUP PARTNERS INC.,<br><br>      Defendant. | Case No. 2:18-cv-02106-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EMPOWER GROUP PARTNERS INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The parties respectfully submit the following stipulation to allow defendant Empower Group Partners, Inc. ("Empower") thirty (30) additional days to file a responsive pleading to Plaintiff's Complaint filed on November 1, 2018 [D.E. 1]. Defendant's response is currently due on December 31, 2018, and will now be due on January 30, 2019. An extension is necessary as counsel has just been retained, and the extension will allow Empower sufficient time to appropriately review, investigate, and respond to the Complaint.

///

///

37561980v1

1  This is Empower's first request for an extension of time to respond to the Complaint and
2  is not made for the purpose of delay.
3  Respectfully submitted by:

DATED this 26th day of December, 2018

**GREENSPOON MARDER LLP**

*/s/ Phillip S. Silvestri, Esq*
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
3993 Howard Hughes Parkway #400
Las Vegas, Nevada 89169

*Attorneys for Defendant Empower Group Partners Inc.*

DATED this 26th day of December, 2018

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

**KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind, Esq.*
Michael Kind, Esq.
Nevada Bar No. 13903
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148

*Attorneys for Plaintiff*

## ORDER

It is hereby **ORDERED** that Defendant Empower Group Partner Inc. shall have up to, and including, January 30, 2019 to file a response to Plaintiffs' Complaint.

_____
U.S. Magistrate Judge

Dated: December 28, 2018

37561980v1