1  Michael Kind, Esq.
2  Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  6069 S. Fort Apache Rd., Suite 100
4  Las Vegas, NV 89148
   Phone: (800) 400-6808 x7
5  mkind@kazlg.com

6
   David H. Krieger, Esq.
7  Nevada Bar No. 9086
   **HAINES & KRIEGER, LLC**
8  8985 S. Eastern Avenue, Suite 350
9  Henderson, NV 89123
   Phone: (702) 880-5554
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff Sam Gabrielle*

12

13 # UNITED STATES DISTRICT COURT
   ## DISTRICT OF NEVADA
14

| | |
|---|---|
| Sam Gabrielle, | Case No. 2:18-cv-02106-GMN-CWH |
| Plaintiff, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EMPOWER GROUP PARTNERS INC.** |
| v. | |
| Empower Group Partners Inc., | |
| Defendant. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

1

**NOTICE**

2

3

4

5

The dispute between Sam Gabrielle ("Plaintiff") and Empower Group Partners Inc.("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 30 days —on or before **April 11, 2019**.

6

7

DATED this 12th day of March 2019.

8

9

Respectfully submitted,

10

11

**KAZEROUNI LAW GROUP, APC**

12

13

14

15

By:  /s/ Michael Kind
        Michael Kind, Esq.
        6069 S. Fort Apache Rd., Ste. 100
        Las Vegas, NV 89148
        *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode:vertical">**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas. Nevada 89148</div>

1

## CERTIFICATE OF SERVICE

2   I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3   Procedure that on March 12, 2019, the foregoing Notice of Settlement was filed and

4   served via CM/ECF to all parties appearing in this case.

5

6   **KAZEROUNI LAW GROUP, APC**

7   By: /s/ Michael Kind

8       Michael Kind, Esq.
        6069 S. Fort Apache Rd., Ste. 100

9       Las Vegas, NV 89148

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*KAZEROUNI LAW GROUP, APC*
*6069 S. Fort Apache Rd., Ste. 100*
*Las Vegas, NV 89148*