Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Sam Gabrielle*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sam Gabrielle, | Case No. 2:18-cv-02106-GMN-CWH |
| Plaintiff, | **Stipulation of Dismissal of Empower Group Partners Inc.** |
| v. | |
| Empower Group Partners Inc., | |
| Defendant. | |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sam

2  Gabrielle ("Plaintiff") and Defendant Empower Group Partners Inc. ("Defendant")

3  stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this

4  matter.  Each party will bear its own costs, disbursements, and attorney fees.

5

6  DATED this 13th day of March 2019.

7

8  **KAZEROUNI LAW GROUP, APC**

9

By:  /s/ Michael Kind_____

10  Michael Kind, Esq.

11  6069 S. Fort Apache Rd., Ste. 100
   Las Vegas, NV 89148

12  *Attorneys for Plaintiff*

13

14  **GREENSPOON MARDER, P.A.**

15

16  By:  /s/ Phillip A. Silvestri____
   Phillip A. Silvestri, Esq.

17  3993 Howard Hughes Pkwy., Suite 400
   Las Vegas, NV 89169

18  *Attorneys for Empower Group Partners Inc.*

19

20

21                IT IS SO ORDERED.

22                UNITED STATES DISTRICT JUDGE

23

24                Dated: _____

25

26

27

28

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

1

**CERTIFICATE OF SERVICE**

2     I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3  Procedure that on March 13 2019, the foregoing Stipulation was served via CM/ECF

4  to all parties appearing in this case.

5

6                          **KAZEROUNI LAW GROUP, APC**

7
                        By:  /s/ Michael Kind
8                        Michael Kind, Esq.
                        6069 S. Fort Apache Rd., Ste. 100
9                        Las Vegas, NV 89148

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148