Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Sam Gabrielle*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sam Gabrielle,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Empower Group Partners Inc.,<br><br>　　　　Defendant. | Case No. 2:18-cv-02106-GMN-CWH<br><br>**Stipulation of Dismissal of Empower Group Partners Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sam Gabrielle ("Plaintiff") and Defendant Empower Group Partners Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of March 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**GREENSPOON MARDER, P.A.**

By: /s/ Phillip A. Silvestri
Phillip A. Silvestri, Esq.
3993 Howard Hughes Pkwy., Suite 400
Las Vegas, NV 89169
*Attorneys for Empower Group Partners Inc.*

## ORDER

IT IS SO ORDERED.

Dated this  19  day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT